DATE 6/25/2020
CASE NUMBER 4:20MJ394-1 CAN
LOCATION Sherman
JUDGE Christine A. Nowak
DEPUTY CLERK K. Lee
COURT REPORTER Digital Recording
USPO: L. Dudley
Interpreter: Not Required
BEGIN: 9:59 a.m. / 10:05 a.m.

USA _____ Assigned
V  Will Tatum _____ Appeared

JIMMY DELUNA
Defendant

Heath Hyde
Attorney

---

☑ **INITIAL APPEARANCE ON COMPLAINT** ☐ _____

☑ Defendant Sworn   ☐ Interpreter Required

☑ Dft appears: ☑ with  ☐ without counsel  ☐ pro se   ☐ Counsel appears on behalf of defendant
Appears on: ☑ Complaint

☑ Date of arrest: 6/12/2020

☑ Dft ☑ advised of charges, penalties, and rights

☑ Dft first appearance with counsel ☐ CJA appointed ☑ Retained ☐ Federal Public Defender appointed
Attorney: Heath Hyde

☑ Defendant advises the Court that he/she ☑ has counsel: Heath Hyde ___ or, ☐ will hire counsel.
☐ Defendant requests appointed counsel, is sworn & examined re: financial status.
☐ Financial affidavit executed by dft. The court finds the defendant ☐ able  ☐ unable to employ counsel.
☐ U.S. Pub Defender _____ appointed
☐ If dft cannot retain counsel, the court is to be advised within _____ days so counsel may be appointed.

☑ Defendant waived preliminary hearing
☐ Preliminary hearing set for _____

☑ Govt oral motion for detention  ☐ Govt oral motion for continuance   ☐ Oral Order granting ☐ Oral Order denying
☐ Defendant oral motion to continue preliminary and detention hearing   ☐ Oral Order granting ☐ Oral Order denying
☐ Detention Hrg set _____

☐ Order setting conditions of release   ☐ Bond executed; dft released   ☐ Not executed at this time

☑ Dft signed Waiver of Detention Hearing.

☐ Defendant released on Conditions of Release

☑ Defendant remanded to the custody of the United States Marshal.