# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CASE NUMBER 4:20-MJ-00394 |
| v. | § | |
| | § | |
| | § | |
| JIMMY DELUNA (1) | § | |

## ORDER

The Defendant's initial appearance was held on June 25, 2020. Pursuant to Federal Rule of Criminal Procedure 5.1, the Court conducted a preliminary hearing on June 25, 2020. Defendant executed a waiver at hearing. Based on the signed waiver, the Court finds that there is probable cause to believe that an offense has been committed and that Defendant, **JIMMYDELUNA**, should be held over to answer to the grand jury.

**IT SO ORDERED**.

Signed this 25th day of June, 2020.

_____
CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE