

**FILED**

JUL 8 – 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-00 **180** |
| | § | Judge **Jordan** |
| JIMMY DELUNA (1) | § | |
|   a.k.a. "Slim" | § | |
| JESSE ROBERT SOLIS (2) | § | |
| ROBERT ANTHONY MCLEMORE, JR. (3) | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

>Violation:  21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Distribute Cocaine)

That from sometime on or about January 1, 2020, and continuously thereafter up to and including July 8, 2020, in the Eastern District of Texas and elsewhere,

**Jimmy Deluna, a.k.a. "Slim"**
**Jesse Robert Solis**
**Robert Anthony McLemore, Jr.**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

<u>**Count Two**</u>

> Violation: 21 U.S.C. § 846 (Conspiracy to Possess with the Intent to Manufacture and Distribute Methamphetamine)

That from sometime on or about January 1, 2020, and continuously thereafter up to and including July 8, 2020, in the Eastern District of Texas and elsewhere,

**Jimmy Deluna, a.k.a. "Slim"**
**Jesse Robert Solis**
**Robert Anthony McLemore, Jr.**

defendants, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual), a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

<u>**Count Three**</u>

> Violation: 18 U.S.C. § 924(c) (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about June 11, 2020, within the Northern District of Texas, **Jesse Robert Solis**, defendant, did knowingly possess firearms, namely, an Excam TA, .38 caliber derringer, Serial Number L67882, a FN Herstal, 5.57 caliber pistol, Serial Number 386338496, a Glock Model 19Gen4, 9mm caliber pistol, Serial Number BHKG172, Kimber Custom II, .45 caliber pistol, Serial Number K513219, a Romarm/Cugir Micro

Draco, .762 caliber pistol, Serial Number PMD11293-19R0, and a Springfield XDS, .45 caliber pistol, Serial Number XS671364 in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, to wit: conspiracy to possess with the intent to distribute cocaine.

In violation of 18 U.S.C. § 924(c).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses, including but not limited to the following:

a. $158,380.00 in U.S. currency seized from **Jimmy Deluna, a.k.a. "Slim"** and **Jesse Robert Solis**

b. $555.28 seized from **Jimmy Deluna, a.k.a. "Slim"**

c. $640.00 seized from **Jesse Robert Solis**

d. Excam TA, .38 caliber derringer, Serial Number L67882 with ammunition seized from **Jesse Robert Solis** e. FN Herstal, 5.57 caliber pistol, Serial Number 386338496 with ammunition

f. Glock Model 19Gen4, 9mm caliber pistol, Serial Number BHKG172 with ammunition seized from **Jesse Robert Solis**

g. Kimber Custom II, .45 caliber pistol, Serial Number K513219 with magazine seized from **Jesse Robert Solis**

h. Romarm/Cugir Micro Draco, .762 caliber pistol, Serial Number PMD11293-19R0 seized from **Jesse Robert Solis**

i. Springfield XDS, .45 caliber pistol, Serial Number XS671364 with ammunition seized from **Jesse Robert Solis**

A TRUE BILL

_____

GRAND JURY FOREPERSON

STEPHEN J. COX
UNITED STATES ATTORNEY

_____

ERNEST GONZALEZ
Assistant United States Attorney

7 /8/ 2020
_____

Date

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:20-CR-00 |
| | § | Judge |
| JIMMY DELUNA (1) | § | |
|   a.k.a. "Slim" | § | |
| JESSE ROBERT SOLIS (2) | § | |
| ROBERT ANTHONY MCLEMORE, JR. (3) | § | |

### Count One

Violation:    21 U.S.C. § 846

Penalty:    If 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine -- not less than ten years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment:  $100.00

### Count Two

Violation:    21 U.S.C. § 846

Penalty:    If 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine or 50 grams or more of methamphetamine (actual) -- not less than ten years and not more than life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five years.

Special Assessment:  $100.00

### Count Three

Violation:    18 U.S.C. § 924(c)

Penalty:   Imprisonment for not more than five years to be served consecutive with any other term; a fine not to exceed $250,000, or both; a term of supervised release of not more than five years.

Special Assessment:  $100.00