# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

**DATE:** 10/13/2022　　　　　　　　　　　　　　　　　**CASE NUMBER:** 4:20cr180(1)
**LOCATION:** Plano, TX　　　　　　　　　　USA
**JUDGE:** Sean D. Jordan　　　　　　　　　　　　　　**Ernest Gonzalez**　Assigned
**DEP.CLERK:** Bonnie Sanford　　　　　　　V.　　　**Glenn Roque-Jackson**　Appeared
**REPORTER:** Gayle Wear
**USPO:** Nikki Gray　　　　　　　　　　　**JIMMY DELUNA**
**INTERP:** Not Required　　　　　　　　　　　　Defendant

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Heath Hyde**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Defense Attorney

**Begin**: 2:03 pm　　　**Adjourn**: 2:37 pm

## SENTENCING

| CT | CUSTODY | FINE | REST | JVTA | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 2 | 156 months | | | | 5 years | | | $100.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

The court adopts the facts as set forth in the presentence report.

The court grants defendant motion for variance.
The court grants downward departure.

The court recommends drug treatment while incarcerated.
The court recommends FCI Ft. Worth, TX.

Govt motion to dismiss count 1 granted.

Defendant remanded to the U.S. Marshal.

X . . . Defendant advised of right to appeal plea and/or sentence and apply for court appointed counsel.